UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CONSOLIDATED GRAIN & BARGE, INC. | CIVIL ACTION |
| | NO. 12-0892 |
| VERSUS | SECTION "F" (3) |
| M/V DRAWSKO, *in rem*, and POLSTEAM SHIPPING AGENCY, LTD., DEAD SEA WORKS, LTD., and E. N. BISSO & SONS, INC., *in personam* | JUDGE FELDMAN |
| | MAG. KNOWLES |

## VERIFIED CLAIM

NOW COMES Erato Two Shipping Limited, Bahamas, appearing restrictively herein pursuant to Fed.R.Civ.P. Supplemental Rule E(8) through its undersigned attorneys, duly authorized, and shows that it is the sole owner of the M/V DRAWSKO proceeded against in this action, and is entitled to restitution of same and the right to defend this action on behalf of said vessel *in rem*.

The appearance to defend is expressly restricted to the defense of the *in rem* claim and is for no other purpose.

New Orleans, Louisiana this ___23rd___ day of ___May___, 2012.

Respectfully submitted,

**PHELPS DUNBAR LLP**


BY:   *s/ Kevin J. LaVie*
        Kevin J. LaVie, LA Bar: #14125
        Canal Place
        365 Canal Street • Suite 2000
        New Orleans, Louisiana 70130-6534

- 1 -

Telephone: (504) 566-1311
Telecopier: (504) 568-9130

ATTORNEYS FOR ERATO TWO SHIPPING
LIMITED, BAHAMAS

## VERIFICATION

STATE OF LOUISIANA

PARISH OF ORLEANS

BEFORE ME, the undersigned authority, personally came and appeared:

KEVIN J. LAVIE

who, upon being first duly sworn, did depose and say:

1. He is a member of the firm of Phelps Dunbar LLP, attorneys for Erato Two Shipping Limited, Bahamas, the sole owner and claimant of the M/V DRAWSKO;

2. He makes this verification on its behalf for the reason that no officer of said corporation is available in the district to sign same;

3. He is authorized and empowered to make this verification on behalf of the claimant pursuant to e-mail authority; and

4. He has read the foregoing Claim, knows the contents thereof, and the same is true to the best of his knowledge, information and belief based on information and documents provided by his client.

_____
KEVIN J. LAVIE

SWORN TO AND SUBSCRIBED

BEFORE ME THIS 23 DAY

OF May , 2012.

_____
NOTARY PUBLIC

Robert J. Barbier
Attorney at Law & Notary Public
Parish of Orleans, State of Louisiana
Louisiana Bar Roll No. 2741
Notarial Commission is for Life

- 3 -

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing pleading has this date been served upon all counsel of record by:

( )   Hand Delivery          ( )   Prepaid U.S. Mail

( )   Facsimile              ( )   UPS

( X )  ECF                   ( )   E-mail

New Orleans, Louisiana this ___23rd___ day of May, 2012.

s/ Kevin J. LaVie
_____
KEVIN J. LAVIE

- 4 -

PD.6368568.1