## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CONSOLIDATED GRAIN & BARGE, INC.** | **CIVIL ACTION** |
| | **NO.  12-0892** |
| **VERSUS** | |
| | **SECTION "F"  (3)** |
| **M/V DRAWSKO**, *in rem*, **and POLSTEAM SHIPPING AGENCY, LTD., DEAD SEA WORKS, LTD., and E. N. BISSO & SON, INC.**, *in personam* | **JUDGE FELDMAN** |
| | **MAG. KNOWLES** |

## OPPOSITION TO MOTION TO COMPEL

NOW INTO COURT, through undersigned counsel, come defendants, Polsteam Shipping Company Limited, Limassol, Cyprus, Erato Two Shipping Ltd., Bahamas, and E. N. Bisso & Son, Inc. who oppose Consolidated Grain & Barge, Inc.'s ("CGB") motion to compel.

## Background

This case arises from an April 3, 2011 incident that occurred at CGB's mid-stream facility located on the left descending bank of the Mississippi River at about Mile 135 AHP.  As the newly launched (10-month-old) M/V DRAWSKO was attempting to get underway from the berth, her port anchor stuck to the river bottom and could not be raised.

DRAWSKO remained delayed at the berth for three days before a salvage company was free to assist in retrieving the anchor.  E. N. BISSO & Son ("Bisso") was

- 1 -

PD.8250867.1

retained to raise the anchor, but lost the anchor and anchor chain when the crane sling snapped under 25 tons of pressure.

After a brief delay to notify authorities and arrange for a repair berth, DRAWSKO got underway with the assistance of tugs.  She proceeded downriver to Perry Street Wharf to install a new chain and a replacement port anchor.  A second salvage company was contracted to attempt to find DRAWSKO's anchor.  While the company could not locate the anchor, the company did raise a large amount of tangled wires and cables from the river bottom beneath CGB's berth.

## Dispute

The parties to this dispute are sophisticated businesses who are familiar with vessel operations on the Mississippi River.  All of the relevant parties had personnel on-scene representing their interests.  After the casualty, the parties exchanged claim documents, DRAWSKO interests posted a letter of undertaking to secure CGB's claims, and at DRAWSKO's suggestion the parties conducted a private mediation in an attempt to avoid prolonged litigation.  As a result of these efforts, DRAWSKO interests were able to negotiate a settlement with Bisso.  Unfortunately a similar result could not be reached with CGB, who later filed the above-captioned suit.

In addition to the extensive documentation that was exchanged before this lawsuit, Polsteam, Erato and Bisso provided CGB with very detailed Rule 26 Initial Disclosures on October 18, 2012.  CGB issued discovery prior to the production of these initial disclosures.  Many of the documents provided in the initial disclosures are responsive to CGB's discovery requests.

Polsteam's New York office was flooded as a result of Hurricane Sandy on October 29, 2012  Polsteam had no access to its New York office for many weeks. Polsteam therefore tried to assemble the final documents needed to answer this discovery from its head offices in Poland and/or from the vessel.

During this period CGB counsel were very accommodating and extended the deadline for responses.  Similarly, DRAWSKO interests agreed that CGB would not need to respond to DRAWSKO's discovery (issued on October 18, 2012) until after DRAWSKO responded to CGB's discovery.

Answers to discovery, with all available responsive documents, will be produced to CGB by the end of the current week.  Polsteam will continue to search for other documents and will produce those, if any, that can be located.

## **Conclusion**

The undersigned respectfully suggests that this is not a discovery dispute that warrants sanctions or costs.  All counsel have cooperated to date, the discovery just took longer than anticipated to complete.  The undersigned will continue to work with opposing counsel to ensure that this case continues to proceed in accordance with the Court's scheduling order and within the delays allowed in the Federal Rules of Civil Procedure.

Respectfully submitted,

**PHELPS DUNBAR LLP**


BY:   /s/ Raymond T. Waid
　　　　Kevin J. LaVie, LA Bar: #14125
　　　　Raymond T. Waid, LA Bar: #31351
　　　　Canal Place
　　　　365 Canal Street • Suite 2000
　　　　New Orleans, Louisiana 70130-6534
　　　　Telephone: (504) 566-1311
　　　　Telecopier: (504) 568-9130

ATTORNEYS FOR CLAIMANT/COUNTER-
CLAIMANT ERATO TWO SHIPPING LTD.,
BAHAMAS, DEFENDANT/COUNTER-
CLAIMANT POLSTEAM SHIPPING
COMPANY LIMITED, LIMASSOL, CYPRUS,
AND DEFENDANT E. N. BISSO & SON, INC.


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing pleading has this date been served upon all counsel of record by ECF filing, New Orleans, Louisiana this 29th day of January, 2012.


s/ Raymond T. Waid

- 4 -