**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **CONSOLIDATED GRAIN & BARGE, INC.** | * | **CIVIL ACTION** |
| | * | |
| **VERSUS** | * | **NO. 12-0892** |
| | * | |
| **M/V DRAWSKO,** *in rem*, **and** | * | **SECTION "F" (3)** |
| **POLSTEAM SHIPPING AGENCY,** | * | |
| **LTD., DEAD SEA WORKS, LTD., and** | * | **JUDGE FELDMAN** |
| **E.N. BISSO & SONS, INC.,** *in* | * | |
| *personam* | * | **MAG. KNOWLES** |
| | * | |
| | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**ORDER**

Considering the foregoing **Joint Motion of Dismissal With Prejudice**:

**IT IS ORDERED** that all claims of all parties, CONSOLIDATED GRAIN & BARGE, INC., ERATO TWO SHIPPING (LIMITED) BAHAMAS, POLSTEAM SHIPPING COMPANY, LIMITED, LIMASSOL, CYPRUS, E.N. BISSO & SONS, INC., DEAD SEA WORKS, LTD., and the M/V "DRAWSKO," arising out of this action, are dismissed with prejudice, each party to bear its own costs.

New Orleans, Louisiana, this _____8th_____ day of _____July_____, 2013.

_____

UNITED STATES DISTRICT JUDGE

**Error! Unknown document property name.**